NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

BYRON TRENELL HAMPHILL WOOTEN, *Petitioner*.

No. 1 CA-CR 21-0211 PRPC
FILED 12-23-2021

Petition for Review from the Superior Court in Maricopa County
No. CR2016-119929-001
The Honorable Danielle J. Viola, Judge

**REVIEW GRANTED AND RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Robert E. Prather
*Counsel for Respondent*

Garcia Law PLLC, Phoenix
By Stephen S. Garcia
*Counsel for Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Randall M. Howe, Judge Brian Y. Furuya, and Judge Michael J. Brown delivered the decision of the court.

---

**PER CURIAM**:

¶1　　　　Petitioner Byron Trenell Hamphill Wooten seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first petition.

¶2　　　　Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and the response. We find that petitioner has not established an abuse of discretion.

¶4　　　　For the foregoing reasons, we grant review and deny relief.

